


```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SHEILA K. OBERTO
    KIRK E. SHERRIFF
 3  Asst. United States Attorneys
    2500 Tulare St., Suite 4401
 4  Telephone: (559) 497-4022
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

JAN 2 1 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | Case No. 1:09 SW 00027 GSA |
| ) | SEALING ORDER |
| 321 INDUSTRIAL STREET ) | |
| BAKERSFIELD, CA 93307 ) | |

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Search Warrant in the above-captioned matter be and hereby is ordered sealed until further order of this Court.

Dated:  January 20, 2009

_____
HON. GARY S. AUSTIN
U.S. Magistrate Judge

SEALING ORDER